IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOSIAH DAVIS, and EMILY DAVIS, | |
| Plaintiffs, | CIVIL ACTION NO.: 5:24-cv-15 |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

**O R D E R**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on June 4, 2024, and file a Rule 26(f) report on June 7, 2024.  Doc. 23.  However, the Rule 26(f) report does not conform to the Court's standard form, as Local Rule 26.1(b) also requires.  Local R. 26.1.  The correct form can be found at: www.gasd.uscourts.gov under "Forms" and is entitled "Rule 26(f) Report–for use in Judge Wood/Judge Cheesbro cases."  The Court **ORDERS** the parties submit an updated Rule 26(f) report using the proper form **within 14 days** of the entry of this Order.

**SO ORDERED**, this 21st day of June, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA