IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOSIAH DAVIS, and EMILY DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 5:24-cv-15 |

## SIXTH AMENDED SCHEDULING ORDER

The parties filed two Joint Motions to Amend the Scheduling Order. Docs. 94, 102. I also held a telephonic status conference with the parties. On the call, the parties explained that they require additional time to file dispositive civil motions. Plaintiffs explained that they also require additional time to conduct one remaining fact deposition. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' requests for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | November 5, 2025 |
| All Responses to Civil Motions | November 26, 2025 |
| All Reply Briefs to Civil Motion Responses | December 10, 2025 |
| Depositions of All Witnesses Taken for Use at Trial | January 12, 2026 |
| Proposed Pretrial Order | February 10, 2026 |

In addition, Plaintiffs may serve a subpoena and conduct **one** Federal Rule of Civil Procedure 30(b)(6) deposition of non-party ServPro.  This deposition must be completed no later than **November 5, 2025**.  All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 26, 31, 38, 52, 61, 75.

**SO ORDERED**, this 21st day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA