AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOSIAH DAVIS
EMILY DAVIS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:24-cv-15

STATE FARM FIRE AND CASUALTY COMPANY,

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the jury verdict, judgment is hereby entered in favor of Defendant State Farm Fire and Casualty Company and against Plaintiffs Josiah Davis and Emily Davis. This case stands closed.

Approved by: ______________________________
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

November 9, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*